UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINICK MANNING, | ) | Case No. EDCV 09-1592-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

　　IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Order of the Court, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _March 23, 2010_____    _/S/ ROSALYN M. CHAPMAN_____
　　　　　　　　　　　　　　　　ROSALYN M. CHAPMAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-1592.JUD
3/23/10